**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 19-CR-10080-NMG |
| Amy Colburn, et al., | |
| Defendants. | |

**NOTICE OF WITHDRAWAL OF MOTION SEEKING ENTRY OF ORDER REQUIRING APPEARANCE OF COUNSEL**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendant I-Hsin "Joey" Chen hereby withdraws his motion, requesting an order requiring one of his trial counsel, Jennifer L. Keller, to appear for trial on January 11, 2022, and continuing thereafter until the conclusion of the trial in this matter.

On July 28, 2021, since the filing of the Defendant's motion, Mrs. Keller received a court order continuing her prior civil trial from January 3, 2022 to March 28, 2022. The civil trial was scheduled in the California Superior Court, County of Orange.

Thus, the trial of this matter of *United States v. Colburn et al.*, Criminal Action No. 19-10080-NMG, scheduled on January 11, 2022 in the District Court for the Federal District of Massachusetts, is no longer a conflict in Mrs. Keller's trial schedule.

WHEREFORE, Defendant I-Hsin "Joy" Chen hereby withdraws his motion and Proposed Order.

Dated: August 5, 2021    Respectfully submitted,

/s/ Reuben Camper Cahn
Reuben Camper Cahn (*pro hac vice*)
KELLER/ANDERLE LLP
18300 Von Karman Avenue, Suite 930
Irvine, California 92612
Tel. (949) 476-8700
rcahn@kelleranderle.com
*Counsel for I-Hsin "Joey" Chen*

## CERTIFICATE OF SERVICE

In accordance with Local Rule 5.2(b), I, Reuben Camper Cahn, hereby certify that on August 5, 2021 this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                              */s/ Reuben Camper Cahn*
                                              Reuben Camper Cahn