## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 19-CR-10080-NMG |
| GREGORY COLBURN, et al., | |
| Defendants. | |

## DEFENDANT I-HSIN "JOEY" CHEN'S INITIAL EXHIBIT LIST

Defendant I-Hsin "Joey" Chen respectfully submits the following initial list of proposed exhibits for the January 2022 trial brought by the government against himself and fellow defendants Gregory Colburn, and Amy Colburn. Defendant reserves the right to supplement this list with reasonable notice to the government.

Dated: November 19, 2021

Respectfully submitted,

*/s/ Reuben Camper Cahn*

Reuben Camper Cahn (*pro hac vice*)
KELLER/ANDERLE LLP
18300 Von Karman Avenue, Suite 930
Irvine, California 92612
Tel. (949) 476-8700
rcahn@kelleranderle.com

*Counsel for I-Hsin "Joey" Chen*

## **CERTIFICATE OF SERVICE**

In accordance with Local Rule 5.2(b), I, Reuben Camper Cahn, hereby certify that on November 19, 2021 this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/Reuben Camper Cahn*
Reuben Camper Cahn

| Exhibit No. | Beginning Bates | End Bates |
|---|---|---|
| 1 | VB-RECORDS-00000773 | VB-RECORDS-00000774 |
| 2 | VB-RECORDS-00000775 | VB-RECORDS-00000776 |
| 3 | VB-RECORDS-00000797 | VB-RECORDS-00000797 |
| 4 | VB-RECORDS-00000798 | VB-RECORDS-00000799 |
| 5 | VB-RECORDS-00000800 | VB-RECORDS-00000803 |
| 6 | VB-RECORDS-00001496 | VB-RECORDS-00001496 |
| 7 | VB-RECORDS-00001515 | VB-RECORDS-00001516 |
| 8 | VB-RECORDS-00001642 | VB-RECORDS-00001642 |
| 9 | VB-RECORDS-00001643 | VB-RECORDS-00001644 |
| 10 | VB-RECORDS-00001645 | VB-RECORDS-00001649 |
| 11 | VB-RECORDS-00001650 | VB-RECORDS-00001650 |
| 12 | VB-RECORDS-00001651 | VB-RECORDS-00001651 |
| 13 | VB-RECORDS-00001652 | VB-RECORDS-00001652 |
| 14 | VB-RECORDS-00001653 | VB-RECORDS-00001653 |
| 15 | VB-RECORDS-00001654 | VB-RECORDS-00001655 |
| 16 | VB-RECORDS-00001656 | VB-RECORDS-00001656 |
| 17 | VB-RECORDS-00001657 | VB-RECORDS-00001658 |
| 18 | VB-RECORDS-00001659 | VB-RECORDS-00001660 |
| 19 | VB-RECORDS-00001661 | VB-RECORDS-00001661 |
| 20 | VB-RECORDS-00001662 | VB-RECORDS-00001662 |
| 21 | VB-RECORDS-00001663 | VB-RECORDS-00001663 |
| 22 | VB-RECORDS-00001665 | VB-RECORDS-00001665 |
| 23 | VB-RECORDS-00001670 | VB-RECORDS-00001673 |
| 24 | VB-RECORDS-00001674 | VB-RECORDS-00001674 |
| 25 | VB-RECORDS-00001676 | VB-RECORDS-00001677 |
| 26 | VB-RECORDS-00001678 | VB-RECORDS-00001678 |
| 27 | VB-RECORDS-00001679 | VB-RECORDS-00001679 |

| Exhibit No. | Beginning Bates | End Bates |
|---|---|---|
| 28 | VB-RECORDS-00001680 | VB-RECORDS-00001680 |
| 29 | VB-RECORDS-00001681 | VB-RECORDS-00001681 |
| 30 | VB-RECORDS-00001682 | VB-RECORDS-00001684 |
| 31 | VB-RECORDS-00001685 | VB-RECORDS-00001687 |
| 32 | VB-RECORDS-00001688 | VB-RECORDS-00001690 |
| 33 | VB-RECORDS-00001691 | VB-RECORDS-00001692 |
| 34 | VB-RECORDS-00001693 | VB-RECORDS-00001694 |
| 35 | VB-RECORDS-00001695 | VB-RECORDS-00001696 |
| 36 | VB-RECORDS-00001697 | VB-RECORDS-00001697 |
| 37 | VB-RECORDS-00001698 | VB-RECORDS-00001698 |
| 38 | VB-RECORDS-00001699 | VB-RECORDS-00001701 |
| 39 | VB-RECORDS-00001702 | VB-RECORDS-00001702 |
| 40 | VB-RECORDS-00001703 | VB-RECORDS-00001703 |
| 41 | VB-RECORDS-00001704 | VB-RECORDS-00001705 |
| 42 | VB-RECORDS-00001706 | VB-RECORDS-00001707 |
| 43 | VB-RECORDS-00001708 | VB-RECORDS-00001708 |
| 44 | VB-RECORDS-00001709 | VB-RECORDS-00001710 |
| 45 | VB-RECORDS-00001711 | VB-RECORDS-00001712 |
| 46 | VB-RECORDS-00001713 | VB-RECORDS-00001714 |
| 47 | VB-RECORDS-00001715 | VB-RECORDS-00001715 |
| 48 | VB-RECORDS-00001716 | VB-RECORDS-00001717 |
| 49 | VB-RECORDS-00001718 | VB-RECORDS-00001720 |
| 50 | VB-RECORDS-00001723 | VB-RECORDS-00001723 |
| 51 | VB-RECORDS-00001724 | VB-RECORDS-00001724 |
| 52 | VB-RECORDS-00001725 | VB-RECORDS-00001725 |
| 53 | VB-RECORDS-00001726 | VB-RECORDS-00001726 |
| 54 | VB-RECORDS-00001727 | VB-RECORDS-00001727 |

| Exhibit No. | Beginning Bates | End Bates |
|---|---|---|
| 55 | VB-RECORDS-00001728 | VB-RECORDS-00001730 |
| 56 | VB-RECORDS-00001731 | VB-RECORDS-00001734 |
| 57 | VB-RECORDS-00001806 | VB-RECORDS-00001817 |
| 58 | VB-RECORDS-00001818 | VB-RECORDS-00001821 |
| 59 | VB-RECORDS-00001822 | VB-RECORDS-00001824 |
| 60 | VB-RECORDS-00001827 | VB-RECORDS-00001828 |
| 61 | VB-RECORDS-00001829 | VB-RECORDS-00001830 |
| 62 | VB-RECORDS-00001837 | VB-RECORDS-00001840 |
| 63 | VB-RECORDS-00001873 | VB-RECORDS-00001894 |
| 64 | VB-RECORDS-00001896 | VB-RECORDS-00001899 |
| 65 | VB-RECORDS-00001900 | VB-RECORDS-00001921 |
| 66 | VB-RECORDS-00001923 | VB-RECORDS-00001924 |
| 67 | VB-RECORDS-00052055 | VB-RECORDS-00052060 |
| 68 | VB-RECORDS-00052774 | VB-RECORDS-00052775 |
| 69 | VB-RECORDS-00052776 | VB-RECORDS-00052777 |
| 70 | VB-RECORDS-00052782 | VB-RECORDS-00052807 |
| 71 | VB-RECORDS-00136387 | VB-RECORDS-00136388 |
| 72 | VB-RECORDS-00136392 | VB-RECORDS-00136392 |
| 73 | VB-RECORDS-00136398 | VB-RECORDS-00136399 |
| 74 | VB-RECORDS-00136400 | VB-RECORDS-00136401 |
| 75 | VB-RECORDS-00136402 | VB-RECORDS-00136403 |
| 76 | VB-RECORDS-00585150 | VB-RECORDS-00585152 |
| 77 | VB-RECORDS-00628282 | VB-RECORDS-00628282 |
| 78 | SINGER-VOL006-002942 | SINGER-VOL006-002951 |
| 79 | SINGER-VOL006-003167 | SINGER-VOL006-003167 |
| 80 | SINGER-VOL006-004607 | SINGER-VOL006-004609 |
| 81 | SINGER-VOL016-005298 | SINGER-VOL016-005298 |

| Exhibit No. | Beginning Bates | End Bates |
|---|---|---|
| 82 | SINGER-VOL016-019337 | SINGER-VOL016-019339 |
| 83 | SINGER-VOL016-020825 | SINGER-VOL016-020837 |
| 84 | SINGER-VOL016-035201 | SINGER-VOL016-035210 |
| 85 | SINGER-VOL016-035247 | SINGER-VOL016-035250 |
| 86 | SINGER-VOL016-035320 | SINGER-VOL016-035325 |
| 87 | SINGER-VOL016-037606 | SINGER-VOL016-037608 |
| 88 | SINGER-VOL016-038147 | SINGER-VOL016-038151 |
| 89 | SINGER-VOL016-038798 | SINGER-VOL016-038810 |
| 90 | SINGER-VOL016-039282 | SINGER-VOL016-039283 |
| 91 | SINGER-VOL016-039436 | SINGER-VOL016-039442 |
| 92 | SINGER-VOL032-000004 | SINGER-VOL032-000016 |
| 93 | SINGER-LAPTOP-00043138 | SINGER-LAPTOP-00043138 |
| 94 | SINGER-LAPTOP-00043881 | SINGER-LAPTOP-00043881 |
| 95 | SINGER-LAPTOP-00168799 | SINGER-LAPTOP-00168801 |
| 96 | SINGER-LAPTOP-00170795 | SINGER-LAPTOP-00170796 |
| 97 | SINGER-KWF-000042 | SINGER-KWF-000042 |
| 98 | SINGER-REPORTS-000007 | SINGER-REPORTS-000016 |
| 99 | SINGER-REPORTS-000022 | SINGER-REPORTS-000025 |
| 100 | SINGER-REPORTS-000030 | SINGER-REPORTS-000032 |
| 101 | SINGER-REPORTS-000033 | SINGER-REPORTS-000038 |
| 102 | SINGER-REPORTS-000039 | SINGER-REPORTS-000044 |
| 103 | SINGER-REPORTS-000064 | SINGER-REPORTS-000066 |
| 104 | SINGER-REPORTS-000092 | SINGER-REPORTS-000096 |
| 105 | SINGER-REPORTS-000099 | SINGER-REPORTS-000102 |
| 106 | SINGER-REPORTS-000124 | SINGER-REPORTS-000130 |
| 107 | SINGER-PHONE-000536 | SINGER-PHONE-000538 |
| 108 | USAO-VB-00018064 | USAO-VB-00018067 |

| Exhibit No. | Beginning Bates | End Bates |
|---|---|---|
| 109 | USAO-VB-00018978 | USAO-VB-00018979 |
| 110 | USAO-VB-00018980 | USAO-VB-0018981 |
| 111 | USAO-VB-00031882 | USAO-VB-00031882 |
| 112 | USAO-VB-00055083 | USAO-VB-00055085 |
| 113 | USAO-VB-00329134 | USAO-VB-00329134 |
| 114 | USAO-VB-00333626 | USAO-VB-00333626 |
| 115 | USAO-VB-00425247 | USAO-VB-00425249 |
| 116 | USAO-VB-00638243 | USAO-VB-00638243 |
| 117 | USAO-VB-00736622 | USAO-VB-00736623 |
| 118 | USAO-LP-001104 | USAO-LP-001162 |
| 119 | USC-REPORTS-000084 | USC-REPORTS-000085 |
| 120 | DOJ-SINGER-TIII-00028108 | DOJ-SINGER-TIII-00028108 |
| 121 | CHEN000034 | CHEN002953 |
| 122 | CHEN002954 | CHEN005985 |
| 123 | CHEN005986 | CHEN006048 |
| 124 | CHEN006049 | CHEN006052 |
| 125 | CHEN006053 | CHEN006053 |
| 126 | CHEN006054 | CHEN006054 |
| 127 | CHEN006055 | CHEN006055 |
| 128 | CHEN006056 | CHEN006056 |
| 129 | CHEN006057 | CHEN006058 |
| 130 | CHEN006059 | CHEN006061 |
| 131 | CHEN006062 | CHEN006071 |
| 132 | CHEN006072 | CHEN006073 |
| 133 | CHEN006074 | CHEN006075 |
| 134 | CHEN006076 | CHEN006076 |
| 135 | CHEN006077 | CHEN006081 |

| Exhibit No. | Beginning Bates | End Bates |
|---|---|---|
| 136 | CHEN006082 | CHEN006098 |
| 137 | CHEN006099 | CHEN006099 |
| 138 | CHEN006100 | CHEN006100 |
| 139 | CHEN006101 | CHEN006111 |
| 140 | CHEN006112 | CHEN006120 |
| 141 | CHEN006121 | CHEN006129 |
| 142 | CHEN006130 | CHEN006138 |
| 143 | CHEN006139 | CHEN006146 |
| 144 | CHEN006147 | CHEN006155 |
| 145 | CHEN006156 | CHEN006163 |
| 146 | CHEN006164 | CHEN006172 |
| 147 | CHEN006173 | CHEN006181 |
| 148 | CHEN006182 | CHEN006189 |
| 149 | CHEN006190 | CHEN006200 |
| 150 | CHEN006201 | CHEN006209 |
| 151 | CHEN006210 | CHEN006217 |
| 152 | 19-cr-10080, Dkt. 972-33 | 19-cr-10080, Dkt. 972-33 |
| 153 | 19-cr-10080, Dkt. 972-35 | 19-cr-10080, Dkt. 972-35 |
| 154 | 19-cr-10080, Dkt. 972-42 | 19-cr-10080, Dkt. 972-42 |
| 155 | 19-cr-10080, Dkt. 1104-1 | 19-cr-10080, Dkt.1104-1 |
| 156 | 19-cr-10080, Dkt.1104-4 | 19-cr-10080, Dkt.1104-4 |
| 157 | Getting In by Rick Singer[1] | |
| 158 | Getting In: Personal Brands by Rick Singer[2] | |
| 159 | RCTRL0001021110 | RCTRL0001021110 |
| 160 | RCTRL0001023923 | RCTRL0001023923 |

---

[1] Publicly available.
[2] Publicly available.

Page 6 of 7

| Exhibit No. | Beginning Bates | End Bates |
|---|---|---|
| 161 | RCTRL0001026240 | RCTRL0001026240 |
| 162 | RCTRL0001029025 | RCTRL0001029025 |
| 163 | RCTRL0001030921 | RCTRL0001030921 |
| 164 | RCTRL0001032902 | RCTRL0001032902 |
| 165 | RCTRL0001036948 | RCTRL0001036948 |
| 166 | RCTRL0001053729 | RCTRL0001053729 |
| 167 | RCTRL0001054079 | RCTRL0001054079 |
| 168 | RCTRL0001055050 | RCTRL0001055050 |
| 169 | RCTRL0001060861 | RCTRL0001060861 |
| 170 | RCTRL0001065483 | RCTRL0001065483 |
| 171 | RCTRL0001073852 | RCTRL0001073852 |
| 172 | RCTRL0001080826 | RCTRL0001080826 |
| 173 | RCTRL0001082159 | RCTRL0001082159 |
| 174 | RCTRL0001085751 | RCTRL0001085751 |
| 175 | RCTRL0001095035 | RCTRL0001095035 |
| 176 | RCTRL0001103394 | RCTRL0001103394 |