## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 19-CR-10080-NMG |
| GREGORY COLBURN, et al., | |
| Defendants. | |

## DEFENDANT I-HSIN "JOEY" CHEN'S WITNESS EXHIBIT LIST

Defendant I-Hsin "Joey" Chen respectfully submits the following initial list of potential witness for the January 2022 trial brought by the government against himself and fellow defendants Gregory Colburn, and Amy Colburn. Defendant reserves the right to supplement this list with reasonable notice to the government, and to call additional rebuttal witnesses not identified here. Defendant also reserves the right to call as a witness any witnesses listed by the government.

| Name | Entity/Location |
|---|---|
| David Han | Orange County, California |
| Yun Han | Orange County, California |
| Dr. Anna Baumgartner | Orange County, California |
| Jacqueline Mannix | Los Angeles, California |
| Hui Hsu | Los Angeles, California |
| Andrew Donner | San Diego, California |

| | |
|---|---|
| Belinda Donner | San Diego, California |
| Charlie Donner | San Diego, California |
| John Su | San Marino, California |
| Jameson Lee | Alhambra, California |
| Chris Cowser | Champaign, Illinois |
| Rick Cowser | Champaign, Illinois |
| Teresa Cowser | Champaign, Illinois |
| Dr. Thanh Le | Long Beach, California |
| Dr. Charles Chang | Boston, Massachusetts |
| Efren Lapuz | San Diego, California |
| Dr. Anna Baumgartner | Orange County, California |
| Special Agent Lauren Smith | FBI |

Dated: November 19, 2021

Respectfully submitted,

*/s/ Reuben Camper Cahn*

Reuben Camper Cahn (*pro hac vice*)
KELLER/ANDERLE LLP
18300 Von Karman Avenue, Suite 930
Irvine, California 92612
Tel. (949) 476-8700
rcahn@kelleranderle.com

*Counsel for I-Hsin "Joey" Chen*

## **CERTIFICATE OF SERVICE**

In accordance with Local Rule 5.2(b), I, Reuben Camper Cahn, hereby certify that on November 19, 2021 this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/Reuben Camper Cahn
Reuben Camper Cahn